```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

PAULETTE ST. JEAN,

              Plaintiff,          19cv11453 (JGK)

      - against -            <u>ORDER</u>

CAMBRIDGE SECURITY SERVICES CORP.,

              Defendant.

JOHN G. KOELTL, District Judge:

The plaintiff should respond to the motion to dismiss by **April 3, 2020**. The defendant should reply by **April 20, 2020**.

SO ORDERED.

Dated:    New York, New York
            March 12, 2020

                                       John G. Koeltl
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3.13.20