

### PHILLIPS & ASSOCIATES

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

November 6, 2020

**Via ECF Only**
Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2020

Re: **Paulette St. Jena v. Cambridge Security Services Corporation, et al.**
 **Docket No.: 1: 19-CV-11453 (JGK) (SLC)**
 **First Request for Adjournment of Court Conference**

Dear Judge Koeltl:

This office represents Plaintiff Paulette St. Jean in the above-referenced matter. Pursuant to Your Honor's Rule 1(E), Plaintiff writes to respectfully request an adjournment of the oral argument currently scheduled for November 20, 2020, due to a scheduling conflict causing Plaintiff's counsel to be unavailable. Plaintiff has conferred with Defendants and jointly propose December 29, 2020 or December 30, 2020 as alternative dates for the oral argument.

This is Plaintiff's first request for adjournment of the oral argument. Defendants consent to the request. This request does not affect any other scheduled dates.

We thank the Court for its time and attention to this matter.

*ADJOURNED TO TUESDAY, DECEMBER 1, 2020, AT 3:30PM.*

*SO ORDERED.*

*11/9/20 /s/ John G. Koeltl
USDJ*

Respectfully Submitted,

/s/ Yusha D. Hiraman
Gregory Calliste Jr., Esq.
Yusha D. Hiraman, Esq.