UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAULETTE ST. JEAN,

                Plaintiff,

- against -

CAMBRIDGE SECURITY SERVICES CORP.,
and MISHELBEN DOSHI, In Her
Individual and Official Capacities,

                Defendants.

19-cv-11453 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should submit motions in limine, proposed voir dire questions, and requests to charge by April 5, 2022. Responses and objections are due by April 22, 2022.

    The trial date is September 26, 2022, at 9:00 a.m.

    The Court will hold a conference on June 15, 2022, at 3:00 p.m.

SO ORDERED.

Dated:    New York, New York
            March 24, 2022

                                          John G. Koeltl
                                    United States District Judge