UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PAULETTE ST. JEAN,

                        Plaintiff,

                                                      19 civ 11453 (JGK)

        -against-

CAMBRIDGE SECURITY SERVICES CORP. et al.,
                             Defendants.
-------------------------------------------------------------X

**ORDER**

    The trial scheduled for Monday, September 26, 2022, is **adjourned to Monday, October 24, 2022, at 9:00am.**

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      April 19, 2022