UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAULETTE ST. JEAN,

          Plaintiff,

- against -

CAMBRIDGE SECURITY SERVICES CORP., ET AL.,

          Defendants.

19-cv-11453 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

    The parties should submit responses and objections to the proposed voir dire and requests to charge, or advise the Court that there are no responses or objections, by May 18, 2022.

SO ORDERED.

Dated:    New York, New York
            May 13, 2022

                                        John G. Koeltl
                                   United States District Judge