UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAULETTE ST. JEAN,

                Plaintiff,

    - against -

CAMBRIDGE SECURITY SERVICES CORP.,
ET AL.,

                Defendants.

19-cv-11453 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time to submit responses and objections to the proposed voir dire and requests to charge has passed. The conference scheduled for June 15, 2022, is **adjourned** to September 8, 2022, at 2:00 p.m. Dial-in: (888) 363-4749, with access code 8140049.

**SO ORDERED.**

Dated:    New York, New York
          June 7, 2022

                                      John G. Koeltl
                                **United States District Judge**